# Super Fresh Distributor
746 Market Court, Los Angeles, CA 90021
(213) 891-9136 · (213) 891-9137
Fax (213) 891-9140

CASH　　05/22/09

Sold to: _____

Address: _____　　( ) Cash　( ) Charge

YOUR ACCEPTANCE OF GOODS RELEASES US FROM ANY LOSS OR SHORTAGE.

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | | | | |
| | 2 | | | | |
| 1 | 3 | Onion | | 7 | 7 |
| | 4 | | | | |
| | 5 | | | | |

## Azteca Farms
Jorge Trujillo
746 Market Court, Bldng. 1, Door 29 & 30
Los Angeles, CA 90021
(213) 489-0927 · (213) 489-0627
Fax (213) 489-3714

| | | | | | |
|---|---|---|---|---|---|
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | |
| | 17 | | | | |
| | 18 | | | | |

All claims and returned goods MUST be made within 24 hrs. accompanied by this bill.

EXHIBIT 6