# Underwood & Wong Produce, Inc.
1601 E. Olympic Blvd. • Building 200 - Bays 206/207
Los Angeles, CA 90021
Phone (213) 627-1808 • Fax (213) 627-1838

SOLD TO: *** CASH ***

SHIP TO: DEL SUR

| INVOICE NO. | INVOICE DATE | TERMS OF SALE |
|---|---|---|
| 5094156 | 3/31/09 | 4/26/30 |

| SHIP VIA | CUSTOMER PO |
|---|---|
| Pickup | DEL SUR |

| BROKER | VEHICLE ID |
|---|---|

| DESTINATION | |
|---|---|

| SHIP DATE | |
|---|---|

## CONFIRMATION OF SALE AND INVOICE

| QUANTITY | PRODUCT DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 56 | 34007  5 BELL Y LGE  PARIS | 8.00 | |
|    | Origin MEX  Product of Mexico | | |
| 56 | 1 of 1 Sls#898 | | |

INVOICE TOTAL

CM- 680.00
        128.00

*Thank You*

PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY ION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT 1930 (7 U S.C. 499E(C). THE SELLER OF THESE COMMODITIES RETAINS 1ST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. MUST WASH, PEEL OR COOK ALL FRUITS AND aims must be made within 24 hours of receipt of goods. No returns is accepted unless authorization is obtained. Merchandise returned without authorization will not be credited r account. In the event an account is not paid when due it is subject to 18% per month delinquent charge (18% per annum) including, but not limited to court costs, reasonable ey fees and attorney fees on appeal and/or cost of collection agent. Site of jurisdiction remains in the City of Los Angeles until goods are paid in full.

EXHIBIT 2A