(43)

# Underwood & Wong Produce, Inc.
1601 E. Olympic Blvd. • Building 200 - Bays 206/207
Los Angeles, CA 90021
Phone (213) 627-1808 • Fax (213) 627-1838

000001 *** CASH ***

| INVOICE NO. | INVOICE DATE | TERMS OF SALE |
|---|---|---|
| 5094409 | 4/08/09 | 4:54:58 |

| SHIP VIA | | CUSTOMER PO |
|---|---|---|
| Pickup | | DEL SUR |

| BROKER | | VEHICLE ID |

SHIPPED TO: DEL SUR

| DESTINATION | |

| SHIP DATE | |

**CONFIRMATION OF SALE AND INVOICE**

| QUANTITY | PRODUCT DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 56 | 34286/ 1 BELL PEPPER SMALL  FREVE | | 18.50 | |
| | Origin MEX  Product of Mexico | | | |
| 56 | 1 of 1 | | | |

Thank You

**INVOICE TOTAL**

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED

All claims must be made within 24 hours of receipt of goods. No returns are accepted unless authorization is obtained. Merchandise returned without authorization will not be credited to your account. In the event an account is not paid when due, it is subject to a 1 1/2% per month delinquent charge (18% per annum) including, but not limited to court costs, reasonable attorney fees and attorney fees on appeal and/or cost of collection agent. Site of jurisdiction remains in the City of Los Angeles until goods are paid in full.

C1-140.00
296.00

EXHIBIT 3A