# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-3646 ODW(CWx) | Date | February 10, 2010 |
| Title | Direct Produce, Inc., et al. v. Jorge A. Trujillo | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge |

| | | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order to Show Cause Re Settlement**

The Court hereby issues an Order to Show Cause Re Settlement and sets a hearing on the matter for **Monday, March 8, 2010 at 1:30 p.m.** The hearing will be automatically vacated upon the filing by the parties of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |